IN THE UNITED STATES DISTRICT COURT OF MIDDLE DISTRICT OF PA

Brian Vasquez 84917

DCP 501 MALL Rd. Harrisburg,

Pennslyvania 17111

Vs.

(1) Commissioner Jeffery Haste

(2) Commissioner Mike Pries

(3) Commissioner George P. Hartwick III

(4) Former Warden Dominick Derose

(5) Brian S. Clark Director of Corrections

(6) Gregory Briggs DCP WARDEN

(7) John Addcar Dir. of treatment

(8) Roger C. Lucas Dir. of Security

(9) Mike Welker Treatment Eval

(10) Captain Klar

(11) Jeff Mann Education Coordinater

(12) Lt. Hoffeter

(13) Lt. Tim Manwiller

(14) Sgt. John Doe (Booking)

(15) C.O John Doe (Booking)

(16) C.O John Doe (F Block)

(17) C.O John Doe (T Block)

(18) C.O Danner

(19) C.O Michael Forman

FILED
SCRANTON

JAN 0 5 2021

PER _____ DEPUTY CLERK

Case Number

1:21- CV- 0019

Civil Complaint

(20) C.O Taylor

(21) C.O Brittney McCain

(22) Jill case worker

(23) Kacey Fritz Caseworker

(24) Prime Care Inc

(25) Boblick Geoffrey Dir of ad

(.1)

To be filed Under ✓  42 U.S.C. §1983 - State officials

I. Previous Lawsuits

A. I Just sent one against the Dauphin County Work Release Center case Number 1:20cv1805

Brian Vasquez V. Dauphin Co. Work R.C.

II. Exhaustion of Administrative Remedies

A. Yes, Dauphin County Prison has a grievance system.

B. No, I have not exhausted the available administrative remedies regarding each of the present claims. Yes, I've filed claims to the administration and not heard back from the administration on the topics complained on. Some claims are barred due to release from custody of the Dauphin County Prison and Placed at Dauphin County Work Release As Work Release is under the Judical Branch Of Government and not the Executive Branch of Government under the County Commissioners thus claims are deemed exhausted and open for dispute, or I was released on Pretrial.

C.)

1.) The Steps I took was sending the grievance complaint to the following individual administrators or the Warden or Director of Correc-

-(2)-

tions.

(2) The result was that (1) while on Pretrial incarceration I was release and Claims stood undisputed and open for dispute in the Courts, (2) Claim was deemed exhausted when I was a convicted felon did not bear back and was released to the Dauphin County Male Work Release that is not part of the Dauphin County Prison "AKA Executive Branch of Government" but under the 12th Judical District Court of Common Pleas of Dauphin County, under the Pennsylvania Unified Judical System "AKA" Judical Branch as that is a Conflict of Interest however, a seperate case follows, (3) Constitutional injury to access to the Court violation in which I had a non frivilous Claim pertaining to my incarceration that I had to appeal that could not due to Jail wide shut down and denial to the court to indigent inmates, (4) Continuous Constitutional deprivation, and infliction of Emotional anwish and hardship on Claims that have not recieved a decision in which a appeal may be taken pursuant to the Inmate Handbook from 2004, still waiting to hear back from grievances responses about an on going constitutional deprivation and violation that has caused an injury to my right to access to the Court by not bieng provided meaningful access to the law Library, computer for typing as I sell my trays for paper and pencils. The denial of Paper and pencils, denial of the Computers, faulty GTL Network that doesnt allow access to Law Libary.

-(3) -

To carry out meaningful access to the courts.

D. Pursuant to the Dauphin County Prison addendum to Revised Inmate Handbook of febuary 2002 States;

Please be advised that effective June 23, 2004, section II, Rules and Regulations, Page 10, Part 6, Grievance Guidelines of febuary 2002 Revised Inmate Hand book Shall now read as follows.

## II Rules and Regulations
### G. Grievance Guidelines

A grievance is a complaint an inmate may have about the behavior or action toward an inmate by a Staff member or another inmate, or "ANY" matter of concern, including "CONDITION OF CONFINEMENT".

A inmate must write out the complete grievance, bieng as brief as possible, soon after the alleged occurrence. There is no specific form to be used for writing a grievance; it may be written on 8½ by 11" paper or an inmate request slip. Those wishing an extra measure of confidentiality for a grievance may request an envolope from the Case worker. This complaint/Grievance shall be directed to the Warden, a Deputy Warden, or Security Major.
-(4)-

The inmate or any other party directly involved may be requested to present all relevant information on the matter.

Once a designee has reviewed the complaint/grievance and forward their review and recommdations to the Warden, and the inmate shall recieve a copy of that "DECISON". If the grievant/camplainant does not agree with the "WARDEN'S DECISON", "THAT INMATE MAY APPEAL TO THE NEXT LEVEL, that bieng the Chairman of the Dauphin County Board of Inspectors. Any appeal to this level shall be submitted, along with any and all additional information to support the appeal, to the administrative offices of the Dauphin County Prison for forwarding to the Prison Chairman at the Chairman's weekly Prison meeting.
The Prison Board Chairman shall review the appeal and forward a "DECISION" back to the inmate. If the grievant /complainant does not "AGREE" with the "DECISION" of the Prison Board Chairman of the Dauphin County Board of Inspectors, that inmate "MAY APPEAL TO THE NEXT LEVEL, that bieng the full Prison Board of Inspectors, "ALL APPEALS" to this level shall be mailed, along with any and all information to support the appeal, to the Dauphin County Board of Inspectors, 2 South Second Street, Harrisburg, PA 17101 with a copy to the Warden for tracking purposes. The full Prison

(5)

Board shall review the grievance/complaint. "MAKE" a "DECISION" and forward that "DECISION" to the Inmate.

If the grievant/complainant does not "AGREE" with the "DECISION" of the Board, that Inmate "MAY FORWARD AN APPEAL" to the Dauphin County Solicitor. APPEALS to this Level, along with any and all additional information to support the APPEAL, shall be mailed to the Dauphin County Solicitor's Office, 2 South Second St, Harrisburg, PA 17101 with a copy to the Warden for tracking Purposes. The County Solicitor's decision shall be final.

Presented by Dominick Derose  on 23 June 04
Approved by Jeffery Haste, Prison Board Chairman 6·23·04

Consequently a outdated grievance System cannot be exhausted if a "decision" is "not given" and "when" a "decision" has been given I was "not" in the "Custody" of the "Dauphin County Prison." Therefore the Prison grievance Systems is "obsolete". The only way a "decision" can be "appealed" if a "decision was rendered". We will see that through out the Statement of Claim that either "I was released on Pretrial or "Revocated" and transfeered to Dauphin County Work Release Center" Under the Arm of the Court Unlawfully or "no decision" was "given" to be able to "appeal" Pursuant to the Grievance."

-(6)-

III Defendants

(1) Jefferey Haste, employed as Commissioner at Dauphin County, Pennslyvania
Mailing address: 2 South 2nd St Harrisburg, PA 17101

(2) Mike Pries
Employed as Commissioner at Dauphin County, Pennsylvania
Mailing address 2 south 2nd St. Harrisburg, PA 17101

(3) Goerge Hartwick III
Employed as Commissioner at Dauphin County, Pennsylvania
Mailing address  2 South 2nd St. Harrisburg, PA 17101

(4) Dominick Dekose
Employed as Former WARDEN at Dauphin County Prison
Mailing address 501 MALL Rd. Harrisburg, PA 17111

(5) Brian S. Clark (CCHP)
Employed as Director of Corrections at Dauphin County Prison & Dauphin County Judical Center
Mailing address 501 MALL Rd. Harrisburg, PA 17111

(6) Gregory Briggs
Employed as Warden  at Dauphin County Prison
Mailing address 501 MALL Rd. Harrisburg, PA 17111

(7) John Addison

(7)

Employed as Director of Treatment at Dauphin County Prison
mailing address 501 MALL Rd Harrisburg, PA 17111

(8) Roger C. Lucas
Employed as Director of Security at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg, PA 17111

(9) Mike Welker
Employed as treatment evaluator at Dauphin County Prison
mailing address: 501 MALL Rd. Harrisburg, PA 17111

(10) Captain Klar
Employed as Captain at Dauphin County Prison
mailing address 501 MALL Rd. Harrisburg, PA 17111

(11) Jeff Mann
Employed as Education Coordinator at Dauphin Co. Prison
Mailing Address 501 MALL Rd Harrisburg, PA 17111

(12) Lt. Hoffetter
Employed as Lt at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg PA 17111

(13) Lt. Tim Manwiller
Employed as Lt at Dauphin County Prison
Mailing address: 501 MALL Rd Harrisburg, PA 17111

-(8)-

(14) John Doe (Booking)
Employed as Sgt at Dauphin County Prison
Mailing Address: 501 MALL Rd. Harrisburg, PA 17111

(15) John Doe (Booking)
Employed as Correctional Officer at Dauphin County Prison
Mailing address: 501 MALL Rd Harrisburg, PA 17111

(16) John Doe (F Block)
Employed as Correctional officer at Dauphin County Prison
mailing address 501 MALL Rd Harrisburg, PA 17111.

(17) John Doe (F Block)
Employed as Correctional officer at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg PA 17111

(18) Danner unknown Last name
Employed as Correctional Officer at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg PA 17111

(19) Michael Forman
Employed as Correctional officer at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg PA 17111

(20) Taylor unknown
Employed as Correctional officer at Dauphin County Prison
Mailing 501 MALL Rd Harrisburg PA 17111
-(9)-

(21) Brittney McClain
Employed as Correctional officer at Dauphin County Prison
Mailing address 501 MALL Rd Harrisburg, PA 17111

(22) Jill unknown
Employed as Caseworker disciplinary/PBlock at DCP
Mailing address 501 MALL Rd Harrisburg, PA 17111

(23) Kacey Fitz
Employed as Case Worker Q Block at Dauphin Co. Prison
Mailing address 501 MALL Rd Harrisburg, PA 17111

## IV  Statement of Claim

On December 5, 2014 I was arrested and charged with sexual related charges, while unable to post bail I was transferred to Dauphin County Prison hereinafter (DCP), until December 26, 2014, in which time I posted bail. During that time I was told by correctional officers to put my head down and that I was a "Peice of Shit". In the DCP Data base Mr. Vasquez has extra occurrences as I was beat up and was photographed as an extra measure before I was comitted to DCP. On 1/5/2018 I was incacerated for failure of my Public Defender Ms. Elizabeth B. Ruby, not giving my new address to the Court, she claimed it wasn't needed for me to go in she would update my address, I was good to go.

- (10) -

I then recieved a letter from the PD's office stating that I missed court and bail was revoked a warrant was issued for my arrest. I reached to Ms. Ruby in regards to surrender court but no emails or phone calls or messages left to the paralegal were answered. On 1/5/2018 I appeared for arraignment for drug charges that I committed on Pretrial release and was arrested by the Sheriffs. I was held for a 150 hearing before Honorable Deborah E. Curcillo in which time Judge Curcillo held me in Pretrial incarceration at $100,000 straight bail. I was transferred to DCP to Protective Custody and placed in Q1 Block, during that time I was housed with a Administrative Inmate Eric Foster in which he had no sexual related charges and did not want to be in Protective Custody. Inmate Foster would tell me to shut the F up and not speak to stay in my bed and that not to speak to anyone. Bieng that I was totally new to the incarceration process, I was terrified. He later found out that I am a bi-sexual man. He started to make sexual advances to me and then he told me that he wanted me, Later that night he climbed in my bed and Extorted me and stated that if I didnt let him sexually assault me he was going to claim that I touched him and that they will not believe me because I have those charges and he doesn't. He automatically assaulted me. Days later a slip and fall from the top bunk I was seen by medical

and Classified bottom bunk bottom tier Status. I was then housed with Michael Frietez and after Days housed with him he Started to do things to get me to leave the cell. When I exposed Eric Foster on the fact that he was Stating that he had that he was stating that he has Consentual Sex with me and boasting about it I told Michael that we did not have consentual sex and it was in fact extortion. While Foster was celled with Thomson, Thomson and Eric agreed to have Thomson penetrate him, Foster, did not Like it so he told Thomson to Stop and Thomson forced himself on him. I did not know all that was happening. My celly Michael knew of the situation and started "that's not fair what he did to you and that if I didnt Speak out he was for me." Michael Stated you could use this for your case you could Sue the jail and was making all these scenarios, that truely did not mean nothing to me as I was hurt and traumatized by fosters doings. I ended up writing a Slip to C.O's gave it to C.O's and was interviewed by the Lt Hoffstetter and he took the Blankets for analisis. I was transfered to A Block Classification Block. Before, I was transfered to A Block Classification I was speaking to my Spouse which She was going through hardship, Emotional Distress, eviction, and dealing with her epilepsy driving herself in my car back and forth to and from work, due to not having no one to transport her due to me bieng her only Source of transportation. I was dealing

-(12)-

Addiction, Emotional distress, Mental Health issues and also pain and suffering of Knowing all of this was happening while I was incarcerated. While I was at A. Block I was stopped all Letters, mail was still going out. yet I couldnt order envolopes, I went from Showering everyday to not Showering or having recreation every day. Not bieng allowed to have no communication at all which made the intentional infliction of Emotional Distress high with high anviety and Suicidle thoughts, which this administration violated my 14th Amendment Constitutional right. . I sent grievances to Commiss. Jeff Hast, Commiss.Mike Pries, Commiss. George Haitwick, Warden Dominick DereRose along with slips no response. They did not answer any of my slips, grievances, or my request and only piolong my mental anguish and infliction of Emotional Distress in violation of 14th Amend. Then one day I was hand Cuffed and then taken to see Court line I didit' Know what that was, at Courtline they asked me what happen and asked me to explain my version of the story and I did. Jill the Court line and isolated confinement caseworker Stated arent you gay, I Stated yes. She said I dont believe your version of the story and believe foster I think It was Consentual. I Stated the above and was told to Step outside. When they asked me to come in they Stated that they found me guilty and that I am a bi-sexual man and that It was consentual

(13)

AND gave me 60 DAYS in Lock in status administrative Segregation, P-2 Protective Custody. I was composing a grievance to send to the administration. Then I met C.O Danner and C.O Siegle and I put in request slips and they went unanswered. They would come to my cell destroy my cell, my envelopes, papers, pencils, And take my thermals. They both harassed me, disrespect me, intimidate me, and cause infliction of Emotional Distress. There was many days while danner was working that he would leave me without food or leave me without a drink of coffee or juice and state I was burnt you "pedophile mother fucker." Psyc then put me on medications which his name is Dr. Martin he put me on Visteral and buspar. I was in deep pain I held onto my bible many nights and got on my knees and prayd to GOD asking him what did I do so wrong to Deserve this pain and tribulation. I prayd for my epilepic spouse as she Drove to and from work. I told myself I would I would never forgive myself if she dies trying to drive and her have a siesure, because I came to jail. The Emotions where high as I struggled to stay composed. When my attorney Elizabeth Ruby came to the Prison I advised her all that was happening. She had a plea layd out on the table and I stated whats this. She explained the plea, upset due to her ineffectiveness I explained that I've reached out to her numerous

—(14)—

times in regards to her not giving my new address to the court yet she failed to do that. She stated that she had messed up and I stated that I wanted her to advocate for bail for me so that I be able to go home and I explained to her about the eviction and other circumstances I was going threw. I also advised her why was she trying to push my girl friend away. By telling her that if she knew why I was introuble and if she should leave that all im doing is using her. I told her she should leave while she had the chance. I told Ms. Ruby she was out of line, she said claim down, I said no because I wouldnt be in this mess if you would of updated my address with the court. Ruby stated you want bail then well fight for bail tomorrow. The following day I went to court and I sat in the jury box. As I look I see my spouse beautiful and starting to tear up. Ms. Ruby appears and states that most likely its gonna be a Continuance. I stated you stated you were going to get me infront of the Judge and get me bail, She stated ILL see what I can do she explains the plea and that I can go home and I stated you did this and I wouldnt be in this situation if you did your job. She then comes back and states theres nothing she could do and that because I dont want to take the Plea that its a continuance that Da Gettle

-(15)-

wasnt going to come up just for a bail hearing. Not thinking clearing, she stated you could of put this all behind you but you want trial. She told the Sheriff that it was going to be a continuance. I stated Ruby Please. She said there was nothing she could do. I stated get me in front of the Judge she said I dont work like that. I then stated will I leave today she said yes, I said then I said I have no other choice. I was cocerced and I agreed she immediately got on her cell phone and texted Ms Gettle and within seconds Ms. Gettle came up to the court room, then we held the Guilty Plea. In the Record it reflects I advised the Judge of the Rule 600 violation, which PD Ruby that Da Gettle is very dilligent in her cases defending the DA. I advised the Judge of my attorney's ineffectiveness and the only reason Im taking the Plea was because I was leaving today it was Promised by my Attorney. The record could conclude that I had ineffective counsel as she lied and promised that I was going home and I didnt because she failed to calculate Properly. All is preserved and State Exhaustion Remedies are underway. When released on Pretrial on 3/5/2018 the grievance system exhaustion requirement no Longer was required. Therefore, Suits under §1983 for Defendants Commissioner Haste, Commissioner Pries, Commissioner Hartwick III,

-(16)-

C.O Siegle, C.O. Danner, Case worker Jill. As for John Doe's and Jane Doe's treatment and Classifications I request that a Supenoa be issued for all files pertaining to this Inmate which are GTL Records, Phone Logs, Transcripts, right to know records on grievances, medical records, Emails back and forth to Each other, all records with my name on it, the inmate treatment file, as a Pretrial Detainee.

— This Concludes Pretrial Detainment —

While on Pretrial release I was on house arrest and on ankle monitoring. this was on 3/5/2018 And I re-engaged with Case management Unit and mental health with Merakey behavior health Located at 1100 S. Cameron St. Harrisburg PA 17104. I was able to obtain employment at Crackle Barrle as a dish washer, Until my sentencing on 4/16/2018 before Honorable William T. Tully. After sentencing I had to complie with sex offender registration and treatment. I met my Probation Officer Michael Hiesey he explained that pretrail ain't nothing Like Bieng on Probation/Parole there's no games now. That I had to complie or I'll go to jail. At this point of time my relastionship is already tainted by past drug use, emotional toll of the case, mental health issues, no family support as my family all reside in Chicago, ILLinois. Me disappearing on drug binges, and missing for Days at a time ect. So at this point

—(17)—

my relationship is rocky, and with what my attorney put in my spouses head that I'm using her and that she should really look at her options and if she was her that she would leave me, This made my relationship challenging. While on sex offender treatment I did not take the program seriously, because all I thought was why do I have to confess to something I didn't do. I would miss sessions and not take the program seriously, then I would give dirty urines to probation and after I ended on a down ward spiral. Until I found out the unexpected that I was going to be a father, as my spouse was pregnant. I started to make up my sessions and going to my sons appointment, Then one day at group I started to discuss that me and my spouse was setting up the baby's room, and the counselor started to question me. They stated Is your probation officer aware I stated yes he found out immediately and congradulated me for it. They stated did he object to it I said no he was fine with it. The guys in the group started to object they were conditioned to stay away from minors. The counselors stated that they were going to talk to my probation officer as they objected and agreed with those in the group. When I would miss a group I would bring back a Doctors Note, and would schedule a "Make Up Session". When Probation started to advise me that the Counselors

(18)

were concerned and that they objected, he told me he had to go base off what they say. He told me that I wouldn't be able to Live with my son. This took me on a downward spiral and lead me back to Drugs and neglecting my mental health. When I went to probation I was arrested and transported to Dauphin County Prison. At Dauphin County Prison I Joined the Workers Block did programs as a trustee. Then My Probation officer submitted my application for my transfer to Dauphin County Work Release. On My revocation of Probation the same Judge Who managed/Governed and is the head of Work release "AKA" Excecutive Branch of Government and the the head of the 12th Judicial District Court of Common Pleas President Judge Richard A. Lewis Presided over my case. This was not only a conflict of Interest but Unconstitutional, I was released at this revocation this concludes the revocation of 2/25/2019. While on release it was hard for me to cope not bieng in my sons life, and I thought this is a repeat in the generation. See my parents lost 9 kids to Drugs and neglect. We love our mom but I end-edup in foster care and was in 8 homes in 21 years of my Life and was neglected by the Department of family children Services in Chicago. This lead me back on a downward spiral instead of taking responsibility for my life and what what's was

-(19)-

for the baby when he came into this world. On 5/13/2020 Detainer for Probation was lodged against me as I was arrested by Harrisburg Police Department for Drug Paraphenalia and Retail theft. At this moment I was on the downward spiral not wanting to live with the pain of bieng at home so my poor actions lead me on pills and drug relapse and going AWAL. My spouse was tired of doing everything on her own emotionally, and to be there for the baby when he arrived. That same night records can show that PrimeCare assessed me and the placed me on suicide watch and Detox watch. For a couple of days I did not eat or drink as the detox was taking affect, a nurse would come by and pour me a cup of gatorade and tell me to drink it. I was heavy on medications. After hitting rock bottom I came to the conclusion that the only one holding me back was me and I needed this process to happen in order to recover but the unexpected happened. But first I will state that I have the gratest Probation officer his name is Michael Hiesy and while on Detox in DCP Before transfered to Dauphin County Work Release I meditated on what he said to me that gave me hope to do good and want to fight, to be in my sons Life he said. "Why Brian Why didn't you

(21)

In my control and change the outcome I allowed my past and my mental health and addiction chose to lead me on a downward spiral. I Love my sons mother so much that I couldnt bear to see her, and How I would sing and read to him while in her belly at night. This lead me to neglect the relationship. We both cried but especially my spouse when she would worry about me going AWAL and binge as she didnt know if I would be dead or overdosed. She had to deal with that as a child and growing up because her father is a heorin addict, she told me that every person who she loves is either taken by drugs or are on drugs and she would cry to me and ask why. At the moment in time as I was under the influence of Drugs I had no emotions, as she plead to me. As I write this I sit in my cell in pain thinking of all that has happened and each time I open-up scars that have healed up, but it hurts because she deserves the world and its not fair that she loved me so profoundly and I Let her down. This Guilt wieghs down on me everyday. while Im confined in my cell 23 hours a day. To Continue I Left the house and was staying in the streets and not going to group and on a downward spiral and on drugs, I didnt want to get attached to my son or my spouse to then have to leave them both if I Love her I had to allow her to hurt and recover and be    -(20)-   there

Come and talk with me, I understand this is hard but why are you allowing yourself to fall this short and low, you cant work toward you having a relationship and work toward living with your son if your not working toward that goal." I regret many thing in my life but Im most blessed to have a P.O like him and a son and even if I cant be with my spouse again that I will love and support her always. I was sent to Dauphin County Work Release Revocated on I was revocated on 7/15/2019 and on 07/22/2019 I was released from Dauphin County Work Release. On allegation of a hotel ran base building the landlord was abusive and was acting as Mr. Vasquee P.O, Mr. Vasquez P.O was notified. After Mr. Vasquee Landlord finding out that Race Project a drug and Alcohol Program had a Opiate Response program which paid 6 months of Rent, Deposit, and last months rent. Mr. Vasquee landlord defamed Mr. Vasquee infront of his potential landlords closing those doors and when talking to Mr. Vasquee Stated he wanted me to do the program in his building I said no, I said I live my last week he kicked me me out without notice, I fell out of mental health treatment and absconded from Probation and Started on a downward Spiral, living in abandon buildings. On 9/10/2019 a Capias was

(22)

was issued by Honorable William T. Tully for violation of Probation and on Oct 17, 2019 I was arrested by Harrisburg Police on New Charges of Drug Paraphencia and false Id to law Enforcement. I knew I had a probation violation so I knew I was going to Dauphin County Prison.

I must note before I commence further to bring light to my claims as I explain them. In Ponzini v. Monroe Cty., 789 Fed. Appx. 313 a similar case happened as it could of happened to me on this commitment, yet all grievances, slips, and PrimeCare Neglected my concerns, consequently could of resulted as in the case as follows;

The United States Circuit Judge Honorable McKEE stated in a memorandum of law as follows; Under Pennsylvania Law, "[P]unitive damages may be awarded for conduct that is outrageous, because of the defendants evil motive or reckless indifference to the rights of others" Accordingly, "a punitive damages claim must be supported by evidence sufficient to establish that (1) a defendant had a subjective appreciation of the risk of harm to which the Plantiff was exposed and that (2) he acted, or failed to act, as the case may be, in conscious disregard of that risk".

(23)

Circuit Judge McKEE futhers stating; Pennsylvania Supreme Court has held that the determination of whether a defendant's are reckless lies within the sound descretion of the fact finder. Therefore, a court should set aside a punitive damage claims "only when No reasonable inference from the facts alleged support an award of punitive damages". It is now firmly established that a hospital may be held directly, not merely vicariously, Liable for failure to over see all persons providing patient care as well as for failing to adopt enforce rule and policies adequately to ensure quality care. Those are all non-delegable duties owned directly to the patient. Thus, when health care institutions act (or fail to act) with intentional or reckless disregard for a patient's health and wealfare, they may be held Liable for punitive damages.

After review of the Circuit Judge finds I will state before I began addressing the merits of my claims, that if this Honorable District Court Grants me permisson to Proceed I ask for a emergency supeona for all medical Records from PrimeCare, The Dauphin Co. Judical Center file along w/ Dauphin County treatment, GTL Record going back to First pretrial incarceration with transcripts, Email back and forth to staff members, all Right to Know Documents on Grievance, slip, and everything that may pertain to all the allegation herein be

(24)

Compelled by this District Judge. I can introduce more than sufficent evidence to support my claims for Punitive damages. From the moment I entered Dauphin County Booking Center registered by PrimeCare Staff and transfered to Dauphin County Prison under Prime and Prison authorities. Every person who interacted with me or was involved in my "care" violated policies and procedures intended to ensure proper communication and patient Saftey. Dauphin County Prison and PrimeCare Inc records are filed with evidence of policies ignored, medical records not reviewed, medical orders not followed, medication prescribed but not given (after verification), and PrimeCare ignoring nursing staff complaints about staffing and doctors, psyc shortage or bieng short staffed or not sufficient, causing a back load.

Note: It is well noted that there are two theories of supervisory Liability applicable to claims pursuant to §1983 (1) "a Superior may be personally liable under §1983 if he or she participated in violating the plantiffs rights; directed others to violate them or as the person in charged, had Knowledge of and acquiesced in his subordinates' violations, and (2) Policy makers may be liable under §1983 "if shown that such defendants, with diliberate indifference to the consequences, established and maintained a policy

(25)

, practice[ ] or custom which directly caused the Constitutional Harm". With respect to second theory of liability, the plantiff must allege that "(1) exsisting policy or practice creates and unconstitutional injury; ;(2) the supervisor was aware of the unreasonable risk was created'; (3) the supervisor was indifferent to that risk; and (4) the injury resulted by policy or practice. Each individual defendant was aware of the Constitutional deprivation and violation yet acted diliberate indifferent to that and deprived me of numerous Constitutional rights. Every Superordinate or Subordinate Defendant acted with acquiesce to the violation of constitutional rights violations or deprivations, and tried and are continuing to hide behind immunity.

Dauphin County Booking Center/Judical Center Note: Dauphin County Judical Center ("Booking") is ran by the County Commissoners of Dauphin County. The Head Director of Judical Center is also the Head Director of Dauphin County Prison, Collectively. (Director of Corrections), Correctional Officers are the same who work at the the Prison work at the Booking Center.

On Oct 17, 2019 I was arrested by Harrisburg Police Dept. transfered on false Id to law Enforcement

(26)

and drug paraphernilia, 2 outstanding warrants were returned one being a Probation detainer. It was early in the morning when I was arrested because I was drug bringing I didnt eat. Therefore, while hours past I Started to crave food. At the Booking center PrimeCare Staff asked me questions and I explained that I take psyc meds prescribed by Dr. Tyeb from merakey behavior health, and Signed a release of information on merakey and Steelton pharmacy for verfication of Prescribed med check.

John Doe (Booking), registered me and stated a couple of times that im a fucken rig and that to look down that if he would of known my charges he would of beat my ass in the bathroom. He violated my UnitedStates 8th Amendment Constitutional right and of Pennsylvania to be free from cruel or unusual punishment be inflicted, and inflicted the Infliction of Emotional Distress.

John Doe (Booking Sgt) When I returned to my cell as the Sgt was sitting right infront of us when he said these things to me but was acquiesced with his subordinates behavior and allowed it. I stood at the door or fell asleep hours past and I asked the Sgt can I get a bag lunch he said no.
(27)

I asked numerous times as I was really hungry waiting, they even bought food and was so good. When on priors commits to the Judical Center they brought you, bag lunches. Yet I was denied food. This Constituted Cruel and unusual punishment of the 8th Amend U.S Constitution and Pennsylvania Constitution, Brian S. Clark (CCHP) and DCP WARDEN Gregory Briggs were informed and aware acquiesced in their subordinates behaviors yet it will be discussed in detail further Down.

This Concludes
Dauphin County Judical Center

Transfered to Dauphin County Prison.
While on A Block Classification PrimeCare Saw me and inquired of my pharmacy of Steelton Pharmacy and my doctor at Merakey Behavior health. I again signed releases for both, as they stated that they were unsucessful in re-trieving my records which Right-to-Know & PrimeCareInc Records can conclude other wise. I was not placed on suicide watch or on observation, I came off the street with drug charges relating to using drugs & Pills. On prior commits for Drug use which I was place on Detox, However, as I previously stated a similar case Ended with him dead for PrimeCare's Neglect in Ponzini v. Prime

(28)

and Ponzini v. Monroe Cry., 789 Fed. Appx. 313, therefore,
Every person who interacted with me or was
involved in my "care" violated policies and procedures
intended to ensure proper communication and
patient saftey. With elaboration I claim that
Dauphin County Prison & PrimeCare Inc records are
filed with evidence of policies ignored, medical
records not reviewed, medical orders not followed,
medication prescribed but not given (after Verfication)
and PrimeCare ignoring nursing staff complaints
Staffing and doctors, psyc doctor shortages, or
biona. Short Staffed or not Sufficient, Causing
a backload in inmate patients to be seen. We
must not look the other way, Justice is Justice,
and PrimeCare is a for Profit Driven Corporation
who lies, and misinforms, and misrepresent
their operational structure to the Government.

(F Block)
     While still on A Block I was not placed on
watch and immediately transfered to (FBlock),
See the counselor usally tell us where we are
going, Jenna did not, she just asked questions
and said okay. Because on prior Commitments
I go to greens a work Block I did not worry,
then after Dinner I was transfered to F Dayroom.
On Nov. 11, 2019 I complained of headaces at
(29)

My 14-day And was and was ordered Tylenol as needed, This order lasted until November 30, 2019. I Spoke to the nurse about bleng seen by psyc, and she could not answer that question all she did was advise me that many of my concerns were psyc concerns, yet she failed to properly Commicate with me and advise me that the Next day Was my psyc vist. On Nov 12, 2019 I was seen by the Psyciatrist assessed and ordered Zoloft a commonly used pill they place every one on. I advised her about the grievances the Anxiety and everything I was going threw, she stated that she seen the records that it was sent from merakey behavior health, she failed to look at my prior chart to see if I had any problems she placed me on Zoloft even after I was complaining of headaces. She advised me that they are backed up as they had to have people from different locations come out to handle the backload of Client, Inmates. That same day after I returned to the Block Inmates came to my door asking that While at Work Release did I have Kristina Litzenburger as my Caseload P.O. as she only handles Sex Offenders in my Caseload. I said no, they said you got those Charges, I said no, they said well be back, They came back and slid a request telling

me to Check in that the guard Called Records and records Confirmed that you have sexual related Charges. They stated if you dont Check in as Soon as these doors pop open we are going to run in your cell and Stab you up. I took the request slip filled it out and gave it to them. they took it to main Control, at main Control he (C.O John Doe (F Block)), stated I needed to be in detail, so inmates brought me a request slip and stated you need to write it in more detial, but dont "fuccken" say anything that we tried to threaten you 'or nothing, I wrote it out and gave it to them. He took it to (C.O John Doe 1). They did not secure the block so he popped my cell door and I had my Shoes expecting the worse. I walk to main Control, (C.O John Doe 1) stated did you write this I said yes, mind you those who threaten me are still out and C.Os did not secure a block per alleged policy. He said rewrite it in more detail. After writing, C.O John Doe 1 read it out loud. After that C.O John Doe 2 came up and C.O John Doe 1 stated he's checking in. C.O John Doe 2 Did not secure the Block I walked amongst those threaten to stab me. I Grabbed my stuff And was transfered to Shakedown then 1 Block

-(31)-

While walking to shakedown to change into Yellow Protective Custody, I advised John Doe 2 that there was weapons and they did nothing as all he was worried about was this incident interfering with his Lunch Break. Then I was left on A Block Classification. I recieved the following two grievances back however I will Let you Know later down in the statement of Claims how admistrative Remedies were exhausted.

(Grievance 1.) (Threats  )          Recieved in Wardens
                                     Office On
TO: Warden Gregory Briggs           Jan 21, 2020
 Fro: Lt. Mark Poligone
Subject: Inmate Grievance Brian Vasquez (84917)
Date: January 20, 2020

On January 12, 2020, I began investigating multiple grievances filed by Inmate Brian Vasquez that were recieved on December 19, 2019. In these complaints, Vasquez stated multiple Officers threatened him with physical harm due to his charges and refused to feed him after several requests to eat. Vasquez also accused officers of telling Other inmates his charges and forcing him to Sign into protective Custody.

On January 12, 2020, I attempted to interview

(32)

Vasquez in an attorney conference room. At this time I discovered that Vasquez was transfered to Dauphin County Work Release Center on January 10, 2020, and was unavailable for an interview.

After not bieng able to interview Vasquez to obtain his version of the events, I consider this grievance to be without merit.

Signed by Brian S. Clark Director of Corrections
The Warden has reviewed Your complaint/Grievance concerning Conditions of Confinement and has signed off on it as indicated above. "(acquiesced with his subordinates behavior)". If you dont agree with the above findings, you may appeal to the next Level. The next level appeal, along with any additional information, should be directed to the administrative offices for forwarding to the Prison Board Chairman at the Chair's weekly Prison meeting.

First the grievance is without merit because I could not be interviewed because I was no longer in the custody of the Dauphin County Prison. After this Grievance I sent another claiming I havent heard back and was going to take action because you exhaust remedies

(33)

When there's no decison to appeal from. 2) I was No longer in their custody so the grievance system became obselete becoming exhausted and open for disputes in the District Court of the United States under §1983. In addition to the report its inconclusive, one booking center C.O threaten me with physical harm and then the booking center Sgt John. Doe denied me food as for the rest of the grievance its right.

In violation of my 8th Amendment Constutional rights of the United States and Pennsylvania bieng free from Cruel and unusal punishment, and Intetional Infliction of Emotional Distress, I charge BRIAN S. Clark Director of Corrections, WARDEN Gregory Briggs, Booking C.O John. Doe, Booking Sgt John Doe, (F Block C.O John Doe 1), (F Block C.O John. Doe 2). I ask for Discovery Camera footage and that the names All 4 officers be turned over.

— This Concludes Booking Center & F Block —
— At Dauphin County Prison. —

(P-Block)
       While at A Block Classification I was assigned to P-5-7. P Block, area 5, Cell 7, there I met inmate Kieth A. Hoffa Inmate #
                              (34)

55854, I immediately saw how C.O Banner, C.O Forman, C.O Siegle would constantly harass Hoffa, intimidate and threaten Hoffa. They would conduct searches, stop his mail leaving the prison, they would go threw his legal papers and throw them away. While all this happening I still have an on going medical issue which is my headaces, and my meds are ineffective so my anxiety and mental health is at a very fragile state. I However, was caught in the cross fire as they took Hoffas access to the law library while he was PROSE in his Divorce/custody case which ultimately, this denial also denied him access to the court and cause him injuris. It was also the same 14th violation of my constitutional rights, that now they are repeating on Inmate Hoffa, with two of the same defendants. They took his trailer, and did not give him access to the law library. This is a statement given from inmate Kieth Hoffa who is now serving his sentence upstate and states:

Statement of fact related to cell search, and write up, of 12/11/2019 by Inmate Kieth A. Hoffa.

On 12/11/2019 I concluded trial, and returned to BCP, to my cell on P5 block (cell #P5-7) and

(35)

around 3:30 pm.  Around 4pm C.O's Ewin and Seigle came to my cell, and told me that 'prison admin' Notified that I was not allowed to use a tablet, per Judges orders. I told them that No such order was given to me by the Judge, but I complied, and gave them my tablet. The next morning, I did not get up and retrieve or recieve a tablet, My Cellmate Brian Vasquez Left the Cell very early to attend law library, and apparently got a tablet for himself only, out of the Charging Station on the Block, on his way back to our Cell.

Around 9 Am I was awaken by C.O Danner and Forman, who asked us to step out of our cell so that they can do a cell search. A female C.O named "Taylor" remained with us outside our cell, We were not told of any specific reason for the search, although it appeared to be targeting me, and not my cellmate.

My cellmate told C.O. 'Taylor' that he wanted to see a 'white shirt'. She told him that "it doesn't work that way", and then she stepped into the cell and told C.O Forman and danner. One of those CO's said "you fucking pedophile Motherfucker" in response.

Two pieces of chewed, Chewing gum, and several pieces of crayons I was using for "highlighting"

were found in my possession. I was told to pack my things, that I was going to the hole, for my contraband. My legal paper work (An extensive amount) has been dumped very carelessly, on the floor, and was Strewn all over the Cell, No doubt intentionally. My cellinates tablet had been placed on my bunk by the C.O's, and was stated to have been mine. Video footage confirms that I did not recieve a tablet that morning. "GTL" Confirmed that I did not log into and "use" a tablet, Since the day before, at 3:58 pm.

My Write Up Contained 3 lies; #1) That I reportedly was using a tablet that morning; #2) that "Judge Circillo ordered that I cannot use a tablet"; #3) That the "Suspected" tablet was found. Inmate Hoffa Continues Stating: I filed a grievance on the cell search, primarily Complaining of the intentional, vindictive seeming manner of disregard for my property during the Search; Many legal documents were damaged, wrinkled, and Several manilla envolopes were torn.

I Never recieved a response to my grievance of 12/17/19. On 12/26/19 I was called "up front" to see Captain Klar, he talked to me about my write up, and he informed me that a DA in my Criminal Case, "Seen McCormack", had Emailed the Prison and Claimed in his email

-(37)-

that Judge Curcillo ordered that I was not to use a tablet.
*( My telephone Pin# has been turned off Since 11/7/19,
and I cannot make Phone Calls, Not on a tablet or
on a Wall Phone).

On 2/12/2020, around 1 pm, C.O. Sawyer Came to
my cell and took my tablet, as if I wasnt allowed
to be using one.
On 2/13/2020, I recieved a request slip answer from
admin, stating that a meeting is scheduled for
2/14/2020 on the issue.

As of this date (2/17/2020, I Still do not have
access to use a tablet for law library access,
or use of a telephone. It was signed Kieth A
Hoffa Inmate# 55864 Under Penalties of 18
Pa.C.S§ 4904, He Affirms that the above Stated
facts and Claims are true and Correct, Dated 2/17/2020,

Both Copies of the incident Report and Statement
From Kieth A Hoffa I have As Exhibits upon request.

Now my version early I was awaken and I Left
to do law library, when I came back I
took a tablet and went to my Cell (P-5-7),
Little bit shortly our cell doors pop open and
C.O Forman States in a very strong and demand-

-(38) -

ing voice get out so I get out and place my tablet under my mattress, In no time did inmate Hoffa retrieve a tablet or use my tablet. And I was informed the night before that not to allow inmate Hoffa use my tablet. Both C.O's forman & Danner start to tear the Cell apart, papers bieng ripped and thown away, thermals, pencils, envelope, I'm infront of the Door just looking at whats happening. Everything is flying everywhere. As this is happening C.O Taylor comes up and directs me from the view of my Cell as I look in I see C.O Forman Pull my tablet from my bed and Place it in Inmate Hoffa's. Moments later Caseworker P Block Jill walks up and sees the actions of the C.O's and I tell C.O Taylor I have a right to see what they are doing and I want to see a White Shirt "LT" or Superordinate officer. C.O Taylor states it dont work like that. She, C.O Taylor Stepped in the Cell and told C.O Danner, and forman and C.O Danner Stated Now your Cell is really Gonna get trashed up you pedophile motherFucker. I Stated its okay I'm writing a grievance, they could careless as they Stated "the grievance System doesn't do shit to us go ahead". Upon Conclusion of the Cell Search everything was every where and

-(39)-

was in tears. I helped him pick up and then C.O Taylor came read his Write-Up and took him to the hole. When I spoke to C.O Siegle at 2nd shift I told him all that happened and my frustrations he Stated the Inmate Hand book, and the policies and procedures, even the grievance system is meant and designed for inmates to fail so to get use to it. This grievance which were about 3 grievances total, sent to admin they werent responded to so pursuant to the DCP Grievance System, it's deem exhausted, because you cant appeal a decision that hasnt been given. As for Defendants C.O Danner, Forman, Taylor, Siegle, Caseworker Jill. I charge them with Violation of 8th Amendment Violation of my United States Constitutional right to be free from Cruel and Unusual punishment to be Inflicted & Infliction of Emotional Distress and Pain and Suffering.

Denial to Access to the Court
          After the whole ordeal with Inmate Hoffa, weeks later I applied for a State Post Conviction Relief Act 18 Pa. C.S.A § 9545, it is well settled in Pennslyvania that the PCRA, is the Sole meas of achieving post conviction relief, and that defendants cannot attempt to

(40)

Circumvent the PCRA By Invoking it a "Writ of Habeas
Corpus". Therefore, only a PCRA is the sole means
of seeking Post Conviction Relief. After Completing
my Post Conviction Relief Act 19 Pa.C.SA. §9545, I
Sent a request Slip to Jill the (P Block Case Worker)
She denied me a request for a manilla Envelope
to send it out to the Court of Common Pleas of Dauphin
County Pennslyvania. I Sent another request threatening
to file a §1983 and the business office approved
me a indigent prisoner their manilla Envelope.


Continuos Denial of Mental & Medical treatment
        Due to the Infliction of Emotional Distress and the
mental health neglect, and my ongoing medical
condition of headaces, I Continue to Submit Slips,
grievances which went unanswered. No one Notified
me that they notified the Psychiatrist and I was
most definately not notified that my dose was
reduced to half the amount. And I couldn't of
refused to try the lower dose because no one
from Prime Care advised me that it was reduced.
The only suspicion I had was when one day
the C.O Myers when he past with Nurse Kayla
he said he dont take that Green/blue pill.
Thats when I noticed the color change in pills.
Prime Care didnt advise me of a reduced med,
as far as my head aces I advise Prime Care

I was having migrainte headace and failed to properly diagnos me causing and inflicting Cruel and unusual punishment and emotional neglect. It is well Settled that the eighth Amendment "requires prison officals to provide basic medical treatmet to whom it has incarcerated". Rouse v. Plantier, 182 F. 3d 192, 197 (3d Cir. 1999) (citing Estelle V. Gamble, 429 U.S 97, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976)). In order to establish a violation based on Eighth Amendment, "evidence must Show (i) a serious medical need, and (ii) acts or omissions by prison officals that indicate diliberate indifference to the need." See Spruill v. Gillis, 372 F. 3d 218, 235 (3rd Cir. 2004); Natale V. Camden County Corr. facility, 318 F. 3d 575, 582 (3rd Cir. 2003); West v. Keve, 571 F. 2d 158, 161 (3rd Cir. 1979). Thus, a complaint that a physician or medical department "has been negligent in diagnosing or treating a medical Condition does not state a vaild cidim of medical mis-treatmenr under the Eighth Amendment...." "Estelle, 429 U.S. at 106. Just every aspect of the communication with PrimeCare with their Inmate patients especially those who are on their mental health care mount to Constitutional deprivation. As I stated before not one person who was involved or interacted in my care

(42)

followed policies and procedures to ensure patient saftey and communication. They misrepresented their operational Structure and misinformed and lied to the government. I was left to endure prolong headaces and depression, anxicty, suicidle thoughts not wanting to Live anymore or Knowing why I'm alive. No one reached out to me not Prime care, not the Prison Admin on the Grievances Slips, medical/Mental health request Sent out.

Denial to Access to the Courts.
During the month of December, I was returned the Post Conviction Relief Act, by the Court missing my Docket number CP-22-CR-0000962-2015 of the Court of Common Pleas. I Submitted the request Slip and Jill denied my manilla envolope Stating per business office. I stated that Im a indigent inmate who is filing a PCRA Pursuant to his immediate case. That this is a access to the court violation and that if I dont get a manilla envlope I will be filing a civil 1983 because its not the first time that this has happen. Jill (P Block Case Worker) brought me a manilla envelope and I resubmitted my Post Conviction Relief Act to Dauphin County Court of Common Pleas of Dauphin County. And I put a note to the Clerk that Im Indigent and it was uncalled for

(43)

to return it to me if its the only Case im in carcerated on.
On January 10, 2020 I was transfered to Dauphin
County Work Release Center a Agency of the Court
not under the Dauphin County Prison, therefore,
Exhaustion Remedies deemed exhausted. Also
pursuant to Inmate Handbook a decision was not given
before I left to Work Release to appeal if we
want to be technical a decision was given as follows
on January 20, 2020 on PrimeCare, but none of
Cell Search so the Cell Seach Deemed Exhausted.
As to Defendants C.O. Siegle, Danner, Taylor, Forman,
CaptainKlar, Jill caseworker (P Block), PrimeCare Defendants,
I charge them with violation of my 8th Amendment
Constitutional Right of US And Pennsylvania, Infliction
of Emotional Distress and Cruel and unual Punishment
inflicted, PrimeCare acted diliberately indifferent
and failed to provide ongoing treatment for a ongoing
medical Issue/Condition Complained of and lied
to the Government, As to Brian S. Clark Director of
Correction for Knowing and allowing all these viol-
ations to happen, I charge brian S. Clark with all
above.

To: Brian Vasquez/# 84917
From: Brian S. Clark, Director of Correction
Re: Medical treatment
Date: January 14, 2020
                    (44)

Please be advised that, as a result of your recent Complaint/grievance regarding medical care, your concerns were "forward" to the "Medical Department", which has reviewed your complaint/grievance and provided me with a response.

After reviewing your medical records, it appears that you were complaining of having headaces from bieng prescribed Zoloft and furthermore, complaining of headaces during your 14 day physical and was ordered Tylenol as needed. This order lasted to Nov 30, 2019. On Nov 12, 2019, you were assessed and ordered Zoloft by the Psychiatrist. After two weeks, you complained that the Zoloft was making your headaces worse and started refusing your psych medications. The Psychiatrist was notified, and the dose of Zoloft was reduced to half the amount. Furthermore, you refuse to try the lowered dose stating that you just want to be put on buspar which is what you took your last incarceration. Since self-stopping the Zoloft, you continued to complain of headaces. Therefore, you are scheduled for a follow-up with the psychiatrist and will be scheduled to see a nurse for the complaints of a headace.

After review, it is evident that appropriate care

(45)

has been rendered. Based on this review, you have been appropriately and properly treated. Therefore, your complaint/grievance is denied.

If you dont agree with the above finding, you may appeal to the next level. The appeal along with any additional information should be directed to the administrative offices for forwarding to the Prison Board Chair man at the Chair's monthly Prison Board meeting.

I want to start stating that if primeCare reviewed my records they would of also concluded that, policies, procedures, bieng at the standard to a prisoner as myself were violated. And that the only reason they reviewed my chart was my continuous complaints, to Brian S. Clark Director of Corrections, and to PrimeCare which went ignored. PrimeCare staff, Doctor, and contractors should of had redflogs that I had headaces before bieng prescribed Zoloft, and if they knew that this commonly prescribed medication given out to all inmates like candy, produces as a side affect headaces, and still placed me on the psyc med. Then they acted diliberately indifferent to the risk of my headaces and contributed to my headaces. When they saw that I was refusing, signing refusal forms, no one followed

(46)

followed policies, and procedures to ensure patient saftey. Further My Tylenol stopped on Nov 30, 2020 so from Nov 30, 2020 until January 14, 2020 I endured prolonged anguish of headaces, along all the emotional Distress & Cruel and unusal punishment, I endured prior to this with the whole (F Block) and (P Block) and Hoffa scenario. Then they tried to justify their actions by claiming that they reduced my Zoloft dose, yet I refuse to take it. As a patient, Period I am entitled to be informed of the type of treatment that I'm bieng render and whether I give a informed Consent base of bieng well informed of Both the Postive and Negtive outcomes of the treatment. How can I be informed or have knowledge of the reduction of my psyc. meds if I'm not bieng told, by min standards, required by law. They even claimed that I was still having headaces even after, yet I was never seen. How can I draw this conclusion, because it states therefore, "you are" Scheduled" for a followup to see the psychiatrist and "will be Schedule" to see a nurse for the complaints of headaces.

Brian S. Clark States after review he didnt review Nothing he recieved and based his review, on what was provided by Primecare.

(47)

Brian S. Clark would of automatically drew a conclusion that there was something wrong that on Nov 30, 2020 was my last day on Tylonal and yet its now January 14, 2020, A Inmate Is pleading due to headaces and not bieng seen. And that and "will be scheduled" to see a nurse for the complaints of headaces, So how can he state that its evident. that appropriate care has been rendered and that I been properly treated.

Therefore, Brian S. Clark Director of Corrections I Charge with diliberate indifference, Violation of my Constitutional Rights 8th Amendment to be free from Cruel and unusal Punishment to be inflicted, pain and suffering and mental anguish. I ask for Injunctional Relief to recieve all Records medical from PrimeCare and all those who interacted in my care, name, Contractor, agents ect before they can be altered or destroyed. I Charge PrimeCare Defendants with the Same.

Due to this Grievance not been given to me before I was released to Dauphin County Work Release which is not part of the Dauphin County Prison but of the Unified Judicai System of the "12th Judical District Court of Common Pleas "Unlawfully

(48)

bieng usurped by the Courts" Exhaustion of Administrative remedies pursuant Inmate hand book "exhausted."

Plantiff Vasquez was transfered to Dauphin County Work a Court agency under the Unified Judical System not part of the Dauphin County Prison "AKA" Executive Branch.

Return to DCP dismissed from WRC

On 1/22/2020 Mr. Vasquez was dismissed and remanded back to Dauphin County Prison on an alleged violation of a president Judges Work Release policy, on mandatory in house drug and Alcohol if recommended by Probation or Trial Judge. It was stated that I failed to follow a Court order for drug and Alcohol and CMU, which was the reason for Remand (See 1:20cv1805 Brian Vasquez v. Dauphin County Work Release Center et al.).

Probation Officer/Extra Occurrence/PrimeCare/Injuries

As stated within the Case before the District Court in (1:20cv1805 Brian Vasquez v. Dauphin County Work Release Center et al.), the veteran P.O was tugging at me at the last tug I tugged

(49)

back the Probation officer Slammed his wreght against me injuring my arm (Left), while I was Cuffed causing injury, they called all guards and removed the Probation officer and State you can go, they called primeCare a nurse who is a LPN which looked from 3 feet away and said it dont look broke, just red. PrimeCare or DCP officer did not file an extra occurrence as mandated by DCP Policy, I was never put on meds for the swelling and pain, I was Left to endure Cruel and Unusal punishment. I didnt think about the extra occurrence policy or medical treatment until now which has been disclosed to me on numerous time on a open grievance on Sandal Slides that caused injuries.

A Block Classification
     On A Block Classification I stood a couple of days and then was going to get transfered to F Block where I had my aftercation, because Classification failed to advise me that I was medium Security. I checked into Protective Custody and was transfered to Q1-Day.

(Q Block)
     This begins my interactions with defendant
(50)

Kacey Fitz (@ Black caseworker), as I dealt and
Continue to deal with Conditions of Confinement.

INMATE REQUEST SLIPS
(1) From: Brian Vasquez  To: Kacey - Admin states
as follows; these cells are pumped with extreme
hot air without a total disregard of those behind
the DOORS in cells. It so hot in this cell that I
cant breath. This has been a on going thing, and
we know its controlled by the bubble. When
certain C.O's work its kool, when others work
this block. Is extremely blasting Hot. Reply:
Adjustments made by maintance. Bubble
cannot control temps. Date Not Listed.


This starts the access to the Court violations
on 1/28/2020 until Present Day which has caused
multiple injuries and denied me meaningful access
to the Court.


INMATE REQUET SLIPS
(2) From: Brian Vasquez  To: Kacey - Caseworker Date 1/28/2020
Request: letter for indigent posting to 101
Market St. Harrisburg, PA 17101, Dauphin County
Courthouse; Work Release Petition. Reply:
Denied. You can order them off indigent
Commissary. Returned 1/29/2020
-(51)-

The same day I spoke to Kacey that they could not stop me from having access to the court. I provided the envelope and wrote the petition and after argument It was sent out.

Pennslyvania Prison Society
On January 27, 2020, I recieved a returned Correspondance from the Prison Society, Stating;

Dear, Mr. Vasquez

Thank you for writing the Pennslyvania Prison Society. We have recieved your letter detailing your Situation at Dauphin County Prison. Please Know that we have documented these concerns and the specifics of your situation for our records.

As requested, we have passed along your letter and information to our volunteers in your area. When possible, one of these volunteers may be out to vist you. All requested vists are completely dependant upon volunteer availability. While we can never Say how quick a volunteer may be able to visit you, please feel free to contact us again if No body is out to see you in the next few weeks.

Please note that Prison Society Volunteers are not lawyers and cannot offer legal assistance, advise, or representation.

Sincerely,
Kelly Porter, Pennslyvania Prison Society
Volunteer Correspondancer.

Clearly all that has been alleged in this brief on Pretrial/14th Amendment violations and Convicted/8th Amend, exhaution of grievance system either by release from custody or not recieving a answer pursuant to the DCP grievance system has been discussed to the Prison Society, along with Dauphin County Work Release Center 1983.

INMATE REQUEST SLIPS
③From: Brian Vasquez To: Business office, Sent 1/31/2020
Request: fill out the rest of the form first, then it will be submitted up front. Recieved by kacey on 2/4/2020 in regards to $1983 summary printout.

From: Brian Vasquez To: Kacey Sent 2/3/2020
Request: This serves as my notary of service, Please Post this for indigent letter, forward to the Business office. This letter is addressed to

(53)

The Pennslyvania Prison Society, 230 S. Broad St. Suite 605 Philadephia, PA 19102. Reply Your letter Sent to business office today 2/3/20 for mailing recieved by Yacey 2/3/2020.

On 2/6/2020 I recieved a correspondance from the Pennslyvania Prison Society Stating;

Dear Mr. Vasquez

It was good to meet you recently.
I got in touch with Matt Miller at Work Release He said that he would not consider returning you because "you were not attending Court ordered Work Release as required, and that you were directed to attend by Work Release Staff multiple times" and chose not to go.

Truly, John Hargreaves Director of Volunteers Pennsylvania Prison Society 1280 Clover Lane Hg Pa 17113. Sent & Recieved on 2/6/2020.

Note: Remand was on Policy of Not Trial Judge Tully on Criminal Docket 0962 CR 2015, by President Judge Richard A. Lewis (Conflict of Interest).

INMATE REQUEST SLIPS
(54)

⑤ From Brian Vasquez to Kacey sent on 2/9/2020
Request① I need the request to Pinacle Health
Emergency Department. ②I need the address
to Merakey behavior health, Patient Records
Dept. Reply① 111 S. Front St. Harrisburg, PA 17101.
② 1100 S. Cameron St. Harrisburg, PA 17104.

This was to be able to have accessible and dates
of alleged releases of information and in the
case of Brian Vasquez v. Work Release et al on
denial of emergency medical attention.

On February 10, 2020 I recieved another letter
from the Pennsylvania Prison Society Stating;

Dear. Mr. Vasquez

I have enclosed your intial correspondance with
Pennsylvania Prison Society, as requested. We only
have the scanned filed that we forwarded to
an offical Vistor. I have also forwaided your
letter to the offical Vistor who met with you so
that he may provide eithier us or you with the
information you requested. Please feel free to
contact us again if you have any further inquiries.
Sincerely,
Kelly Poxter  Pennsylvania Prison Society Volunteer.
-(E5) -

Frustrated with conditions of confinement denial of Proper medical attention on ongoing medical issues of headace, and mental health neglect I sent a letter out to the Pennsylvania Prison Society Harrisburg office a reply correspondance to his 2/6/2020 Dated reply.

To: Director John Hargreaves                    2/11/2020

Your letter dated 2/6/2020 you wrote the following, "It was good to meet you recently" "I got in touch with Matt Miller at Work Release". "He said that he would not consider returning you because you were not attending court ordered work release as required, and that you were directed to attend by work release multiple times and chose not to go".

This letter offends me and insults me, I feel that you dont care about my situation. I discussed with you 2 options, you chose to neglect the second option. This improperly written letter insults my person, and my integrety. I asked the office in Philly for a copy of my letter sent from Kelly Porter States "Please Know that we documented these concerns and the specifics of your situation for our records". I asked for the concerns-specifics documented by the Pennsylvania Prison Society for

(56)

for a civil lawsuit, I have pending.

My concerns many also go threw here at Dauphin County Prison. How can we unify, ourselfs to recovery after incarceration, if our concerns arent bieng made known and fought for. The Pennsylvania Prison Society is ran with pinciples, alongside 3 mission statements to help those that are getting to know the functions of the Pennslyvania Prison Society. Those 3 principles are Prison monitoring (or Stop Abuse and Trauma), Social Services (Care for those Impacted), Educate and advocate (or fight for reform). Dauphin County Prison and Work Release need reform, they need individuals that will advocate for the abuse and trauma, that those who are incarcerated go threw. The Dauphin County Work Release and Prison dont ever take responsibility for abuse of their powers as colors of State law. They feel that they can brush any situation under the rug and do any Inmate as they feel they have the pleasure. How can we claim to care for those impacted, if we dont advocate and educate and when abuse and trama occurres we dont fight for reform.

In life there are malious people who want others to be punished by making false allegations. Once part of the Judical System it is difficult to get the proper help. This

(57)

leads many Americans to be innocent but want a solution, because of being tired, falling in hardship, and losing their love ones. Not all are Bad people somewhere they just stop fighting against a Currept government that only cares about their politically influenced carreers, at the expense of the collateral damage which are those prosecuted.

     All I ask is for a lil more support from the Pennsylvania Prison Society. I would like a formal letter I deserve; Addressing all that I requested in this letter. The letter will help me advocate for Myself with a ounce of light, In evidence of the prison society's findings. This could help many dealing with the same or possibly the same situation or I could just use the letter sent to me by you.

DCP # 84917                    Sincerely, Brian Vasquez

During these occurrences and dealing with medical neglect, Cruel and unusal punishment of outrageous conditions of Confinement I meet Inmate Hector Santiago. Mr. Santiago is a spanish speaking puerto Rican who speaks or writes no english. Mr. Santiago tells me his medical Concerns as he describes them and ask me to write him a grievance, later I

I was approached and threatened to stop by Administrators, Kacey would not give the names, Grievance as follows;

Hector Santiaago DCP# 96796

The Inmate Patient has a Stent from his Kidney to his uretha, he has had this Stent for 5 months. This Stent should of only been in the Inmate patient only 2 weeks. Due to the Inmate heavey addiction he didnt go to the hospital to have it removed. On the First occassion the Correctional Officer called the nurse because the Inmate was hunched in fetal position on the floor of his Cell. The nurse came and asked if he could get up and walk the inmate said no. The nurse left and the cell was closed. The Inmate didnt see the nurse again and no pain meds were given to the patient Inmate. 4 times the patient inmate came to medical complaining of Chronic pain. The patient Inmate made multiple attempts to make aware to prime care In dauphin County Prison of his medical Conditions. Prime Care medical continued to neglect the Inmate Patient emergency medical attention. Even though the Inmate was negligent and liable for his own life, it also became a liability for PrimeCare because the inmate was in the Custody of the Dauphin County Prison under PrimeCare's Jurisdiction. As the patient was takento

(59)

PrimeCare Medical Unit Upon a Inmate Request Slip to be Seen, the nurse asked the Inmate if he could provide a urine analisis, he stated yes, when returning, the Inmate walked toward the nurse, the correctional officer immediately stood up and asked the inmate if it was his urine in the Container. There was blood clots and the container contained Semi-black urine. The nurse advised the patient to return to the block, upon hearing what was said to him, he spoke up and stated he was in chronic pain and that it wasnt a joke. That this is his life they are playing with. Dr. Hoffman saw and intervened in the situation and took over with the Inmate patient. Upon seeing the Container and Checking the patient's chart Dr. Hoffman explained to the Inmate Patient why hasnt he gone to the Doctor to take it out. The Inmate Patient explained he was an ative user of heroin and that he didnt feel any thing or pain because of his deep action. Dr. Hoffman gave the inmate Anti-biotics and tramador for 1 week. Dr. Hoffman ordered the patient that he be brought to medical everyday to be analyized by medical staff, then one week Vist ceased, and inmate Indured more pain. On Tuesday January 28, 2020 the Inmate patient was seen for a sick call and he addressed his Situation, since then he was told he would

( 60 )

go to the hospital but he still on Q1 Day urinating
Kidney Stones, blood Clots, and has major abdominal
pain. The nurse told Him yesterday February 1, 2020
of the blood Clots, she gave him a sick Call
Slip and Left.
Prepared by Jail house lawyer Brian Vasquez (self)
Signed Inmate Hector Santiago Vazquez 96796

Harassment for exerisceing Constitutional Rights
On Febuary 20, 2020 after many grievances
and request slips went out about the denial of
medical attention Kacey approached me and
Stated not to write request slips for inmates
I stated in return that he speaks no english
writes no english and no one is assisting him,
with an on going medical Issue, when asked
what administrator claim or stated he didnt
give up the name. The following grievance
went unanswered as stated;

Brian Vasquez INMATE # 84917 Febuary 20, 2020
Constitutional Rights of Prisoners
§ 1-8.1-14 (Jailhouse lawyers)
On Thurs, Febuary 20, 2020 Q1-Caseworker
Kacey explained I need not to write request
Slips for a non-english Inmate bieng denied
" Emergency Medical Attention".
(61.)

This Inmate Hector Santiago-Vazquez Inmate #96796 has a stent in his body, he bleeds, in the toilet bowl, you could see mass amounts of blood clots. He was recently moved to the "Hole" on a write up for refusing to "move". His cellmate was Brian Vasquez Inmate 84917 in which were 2 Latinos - hispanics in one cell. They moved one hispanic myself to Q1-12 with a white male and placed a white male Kieth A Hoffa in Q-1-4 with Santiago.

## Legal Argument

In the law Library app in the Inmate tablet Points to Constitutional Rights of Prisoners §I-8.1-14, (Jailhouse lawyers). It is a undisputed right of a prisoner not literate of the law to have assistance of literate prisoners (Jailhouse lawyers), for any function that is considered a U.S or PA Constitutional Violation. It is well established by the Supreme Court of the fundamental right with in the due process clause of the 14th Amendment; In which In the due process clause gives the prisoner an opportunity ... granted at a meaningful time and meaningful manner", for a hearing appropriate to the nature of the case.

The "Standing" Doctrine is a constitutional requirement for a federal Court to entertain Jurisdiction

and decied a case. Thus in bounds there was no
actually no injury, but became a Constitutional
requirement.

Lewis v. Casey

Prisoners of various prisons in operation by
the Arizona Department of Corrections sought a
Class action alleging, state offical furnish them
with Inadequate legal Research Facilities, and
deprived them an opportunity to access to the court.
The unconstitutional restriction warranted
a district Court System Wide Injunctional relief.
Thus, in bounds, does not guaranteed prisoner to file
any and every type of legal Claim, but be giver the
tools to attack their sentences, directly or
Collaterally or to Challenge Conditions of Continemat.

Grievance Process

Therefore, a inmate first step before he may
Seek legal redress in the Courts is as valuable to a
Prisoner. A prisoner most fundamental political right,
Is the right to file a Court action, once the exhaution
of the Correctional facilities grievance procedure
process, attacking Conditions of Confinement
and violation of a Constitutionally Protected Rights
guaranteed to a prisoner.

(63)

(Jailhouse lawyers)

Restriction of access to the Court has mounted to inmates to resort to Jailhouse lawyers, due to inmates, language barriers, not bieng literate in the aspect of law, and the Limited Resources provided by prison officals. "A Jailhouse lawyer is a prisoner who, through self education, has acquired minimum legal skill and, notwithstanding prison restrictions, offer legal advise and counseling to fellow prisoners.

Thus, it is based on those restrictions and regulations Imposed by Prison administration that Judical Review has warrant the Supreme Court to acknowledge and partially resolve this reculted, Complete loss of a basic Constitutionally Protected right, Imposed threw restriction and regulation by Prison administration to Jailhouse lawyers.

§ 8.3 The Rule of Johnson V. Avery

In 1969 the Supreme Court Intervened When prison officals Imposed the following; by: Tennessee Prison officals, " No prisoner will advise, assist or otherwise Contract to aid another, either with or without a fee, to prepare Writs or other legal matters", This was the birth of prison reform. The only Limitation that the Supreme Court Imposed by allowing Prison authorities to:

(1) Place reasonable restrictions upon

(64)

the time and place where prisoners' legal Counseling Could be given, and (2) Impose punishment for or discipline for any exchange of Consideration or payment for services rendered.

Closing Statement

Therefore, on this topic Issue the Supreme Court held that Limitation of Jailhouse lawyers, Is a Constitutional violation. This Constitutional Violation mounts to Due process of law and acess to the Court. The Supreme Court and lower Courts held that alternative Can allow Prison offical to Limit Jailhouse lawyers. However, if in pursuing this route violates a Prisoner his Constitutional rights the Courts will Intervene.

Thus, the need for literate prisoners (Jailhouse lawyers) to assist a non-literate prisoner with the functions of a Civil, or Criminal, and grievance process for petitions, motions or assistance to produce these documents, a prison administration cannot Limit or take that right away to that prisoner. This will be Considered a violation of Constitutionally Protected Rights, and would warrant the higher Courts to Intervene in the subject matter.

Lastly, due to Kacey bieng the block

(65)

Case worker he is Considered part of the prison administration. Although the order came from higher in the Chain of Command of the Prison. Kacey gave the verbal warning not to help a non-english Speaking inmate Fill out Request Slips, and grievances of the denial of "Emergency Medical Attention". Also stating that there is a Spanish Speaking individual on staff to help. However request were submitted on the subject matter but DCP Administration and PrimeCare Continue to Deny the Inmate a pretrial detainee/state Parole Violator "Emergency Medical Attention". Signed Brian Vasquez  84917 DCP 501 MALL Rd.

No ANSWER WAS GIVEN & Inmate Hector is out of DCP so Its Deem Exhausted.

Throughout my incarceration I've asked for numerous documents that will be needed to properly litigate my case this is one example of the extent the Administration has pushed, as to this point this hasnt been exhausted. The reason is because Im Indigent and I sell my food trays to obtain paper and necessary intruments to write. This is a response recieved from the following administrator;

To: Brian Vasquez #84917

(66)

From: Geoffrey Boblick, Director of Administration
Subject: Right to Know   Date: Febuary 24, 2020

Mr. Vasquez

Please be advised that I am in receipt of your Right-
to-Know request dated 2/19/2020, which was recieved
on 2/24/2020. In this request you state " What policy
allows" Right to Know" to deny a inmate documents in
which are indigent, unable to pay. That is filing a
Civil 1983 lawsuit (PROSE) without the help of any
individual to fraud his account to obtain the needed
right to know information." Your request is denied.

The office of Open Records is permited by section
1307 of the Right-to-Know Act to establish a fee
Schedule for photocopy Charges. A request for free
copies may be denied based on section 901 of the
Act which states " all applicable fees shall be paid
in order to recieve access to the records requested."

An agency such as Dauphin County, in its discretion,
may waive fees when " the agency deems it is in
the public interest to do so." 65 P.S. §67.1307(g).
The County has chosen not to waive the fees and
the PA Office of Open Records will not require the
County to do so. See. Sheldon v. Pennsylvania
State Police, OOR Dkt. Ap 2009-0532, or Victor

(67)

Mitchell v. Dauphin County, DKt. AP 2011-1068.
COPIED: Administration.

— Concluded —

Justice is Justice, and Justice for the law is for all who are Citizens of the United States, we must make Substantial that our efforts to preserve our rights from the Corrupt Government, that does not get held account able for they're wrong. Just as in the time of the rebellion of the English against the crown, we hold on to the Values of Substantial Justice, for alleged violations, so that justice may be served for all those who were injured. Our Government hides to much behind immunity when they know that they're exposure is immient and unable to be contained, suppressed and done away with, and if the public were to know they would be outraged. Upon receipt of this answer I automatically wrote an appeal that states the following.

Grievance
Brian Vasquez  Inmate #84917  Febuary 25, 2020
Constitutional Rights of Prisoners
§ I - 8. 1 - 14 (Legal)

On 2/19/2020 a request slip was sent to the right to know department, asking for policy in regards to documents a Inmate needs for his (1983) Civil lawsuit against Dauphin County Prison et al., and PrimeCare

(68)

et al,. The Director of Administration Geoffrey Boblick Stated on a "Formal" document the following in regards to the subject matter;

Mr. Vosquez

Please be advised that I am in receipt of your Right-to-Know request Dated 2/19/2020, which was recieved on 2/24/2020. In this request you state "What policy allows "right to know" to deny a Inmate documents in which are indigent, unable to pay. That is filing a 1983 civil Lawsuit (PRO-SE) without the help of any individual to fraud his account to obtain the needed right to Know Information." Your request is denied.

The Director furthers Stating;
The office of Open Records is permitted by Section 1307 of the Right to Know Act to establish a fee Scheduled for photocopy charges. A request for free copies may be denied based on Section 901 of the Act which states " All applicable fees Shall be paid in order to recieve access to the records requested".

The Director furthers Stating;
An agency such as " Dauphin County", in it's "discretion", "may" waive "when" "The agency deems it is in the interest of the public to Do so." 65 P.S § 67.1307 (g). The "County" has "Chosen" not to waive the fees and the PA office of Open

(69)

Records will "not require" the County to do so. See,
Sheldon V. Pennsylvania State Police, OOR Dkt, AP2009-
0532, or Victor Mitchell V. Dauphin County, Dkt, AP
2011-1068.

### Stating a Claim of Retaliation

As a matter of law it is in the public's Interest to Know
what type of agency is "PrimeCare Inc". It is also in
the Interest of the Public, to know how Dauphin
County Prison is administrately governed. This holds
all parties accountable, while still maintaining
security and the well bieng of Staff and Inmate
Saftey.

(1) A Prison offical acting under colors of State law,
(2) Intentional retaliation for exercise of a
Constitutionally Protected activity. The law is clear
that prison officals may not retaliate against
or harass a prisoner for execersing the
access to the courts. Courts have determined
theres no Immunity Defense. . . .

The County May Still Charge me a debt for all
documents like when I ask for legal copies made,
from law library. Any local, municiple, or state
law that Impedes an individual to successfully
prosecute a Constitutional Violation of his rights,
reserved to each individual by us "The People" of
"United States" is a "United States Constitutional
Violation". This trumps all. Local, municiple, State

-(70)-

law.

## Colors of State/County law

All State, County actor under Color of State law use the "agency" of "Dauphin County", when "they" deem it will be "in their own interest", "to do so", and not the publics interest. When a Inmate has a (1983) civil lawsuit against State/County actor on Condition of Confinement, or U.S Constitutional Violations and is in need of documents to properly to be able to prosecute its case. Those imposed regulations on indigent indigent inmates impedes them access to the Courts. Those regulations and policies are intended for individuals not held by Society or their Community in a Correctional institution. This further Impedes a Indigent Inmate to lack the legal resources to tackle their prosecutions, because of the imposed regulations. Therefore, Director Geoffrey Boblick of Dauphin County Prison Administration, alongside all those under the County Agency are violating by retaliation, my Constitutional rights to access to the courts. Dauphin County Prison et al, and PrimeCare Inc et al know that what I am going to expose will make waves, to the public. These Continuous Conditions of Confinement Alongside, the ongoing Correctional abuse of Corporal punishment has left our Society to be aware of the abuse of this county Prison. We see the amounts of deaths

and beatens by correctional officers to Inmates and
how Dauphin County Prison Administration has swept
this under the rug for years. Our Society holds our
government to a higher Standard, and Courts give
Correctional facilities the opportunity to restore Security
and Saftey. We Continue to see how our Prison administr-
ation has a continuous tendency to old behaviors to
only look out for themselfs. While those under their
Jurisdiction are breng silenced by the prison and their
rules, regulations, and Limited access to the Courts.
This is a opportunity for the prison administration to
contain the out cry that we want our court System and
Society to Know and take action on.

## Case law / Case Citation

Johnson v. Avery, 394 U.S 483; 89 S. Ct. 747; 21 L. 2d 718
(1969).  Retaliation imposed to a prisoner for helping
Another Inmate not literate in the area of the law
(Jailhouse lawyers). It is fundamental that access of
prisoners to the Courts for the purpose of presenting
their complaints may not be denied or Obstructed.
Also that a State may not vaildly make the Writ
Available to only those prisoners who are able
to pay.

Cruz v. Beto Civil No. 71-H-1371 (S. D. Tex., filed mar.
18, 1976).

A vista lawyer assisting prisoners with advise and representation in suits seeking post-conviction relief, as well as challenge the constitutionality of various prison practices and conditions. Was barred from the prison, Inmates were retaliated against, while a satisfactory program maintained the Inmates below satisfactory level, Thus hindering any of the plantiff Inmates to maintain a high rating score and remain eligible privileges and time credit towards parole. The retaliation toward Inmate, and the vista lawyer were on the grounds of alleged prison uprisings that never took place, the security of the prison, and the safety to Staff, security and the inmate population. This whole scheme of events was totally unconstitutional of the prison administration and violated federal protected rights to not only Attorney-Client but also the rights of prisoners to access to the court, to carryout their prosecution. We see that they used a "policy" to try to "Contain", "Limit" "hinder" an Inmate to "properly" carryout a successful prosegution. Thus hindering affective access to the court.

Bounds V. Smith, 430 U.S. 817; 97 S.Ct. 1491; 52 L.Ed. 2d 72 (1977).
      Decision have struck down restrictions and required remedial measures to insure that inmate

access to the courts is "adequate", "effective", and "meaningful". Thus, in order to "prevent" "Effectively foreclosed access," Indigent prisoners must be allowed to file appeals and habeas Corpus "without payment" of docket "fees". Burns v. Ohio, 360 U.S. 252, 257 (1959); Smith v. Bennett, 365 U.S. 708 (1961). It was recognized that "adequate and effective appellate review" is "impossible" without a trial "transcript" or "adequate Subsitute", States "must provide records" if "Indigent Inmates" are "unable to buy them".

Personal Claim: If I am a Indigent Inmate unable to "afford", "Right-to-Know" AKA "adequate Subsitute" information for a "adequate", "effective" and "meaningful" review to our "Court System" on "Conditions of Confinement", this violates the principles that state and its officers may not "abridge" or "impair" the "petitioner's", "Plantiffs" and in his criminal case the "defendant" the right to effectively apply for Judical review on the Subject Matter.


Closing Argument
        Indigent Inmates who dont have access to right to know information, when pursuing his/her civil rights lawsuit on conditions of Confinement is. therefore, a violation of his/her constitutionally protected Rights. This right protects him/her to effectively be able to file a non-frivolous Claim

Against a state, county actor on the alleged constitutional violation. If prison administration Intereferes, retaliates, abridges, Limits, Contains, Impairs, a petitioner, plantiff, or a Criminal defendant the right to effectively apply for judical review, this Violates a prisoners right to access to the court.

Closing Statement

I asked for documents that will help me effectively prosecute my case, I am entering In "FORMA PAUPERIS", Subject to a fee of $350.00 to be placed on my Inmate Account. This allows the Government to pull from my prison commissary account untill the funds are recorded. Therefore, If need to know information is held from me I cannot effectively prosecute my case. This will only prevent or hinder my claim and cause my Claims to be dismissed. Therefore, the Prison administration alongside Director of Administration Geoffrey Boblick will not feel that it to be of the interest of any of the defendants in my (1983) Lawsuit to obtain these records, thus hindering, Abriging, Limiting, Containing, Impairing, my ability because I'm a Indigent Inmate incarcerated at Dauphin County Prison without outside assistance, Ultimately, Successfully violating my access to the court.

Brian Vasquez 84917          This is a Copy 1 of 3

Brian Vasquez          (75)

After I appealled the decision from Director of Administration to the Director of Corrections Brian S. Clark, He indicated to me if the Court needed any of these documents they could Court order them. denying my request, this was at the time that the COVID-19 hit and the Prison was on Lock down. Limited access to resources were available, and I had my Criminal Docket at 0962 CR 2015 that I had entered with a PCRA under 42 §9545(b)(1)(i)(ii), which is now before the Superior Court. Further down I will explain and show how I had to stop appealing this grievance to handle the main case which is the criminal Docket and how the prison denied me access to the Courts and caused me injuries. It was challenging as I battled with hunger, cried, and at plenty of instances thought of taking my life, as I thought to my self that this is not worth it, and no one is listening to me. Its sad that Courts will only hear our cases when we die because I feel as though that brings a broader picture of neglect. Especially when I'm not bieng properly seen for mental health, my depression is at a scale of 8 from 1 thru 10. I held my son 1 time in 14 month and all the pains of growing up in foster care bieng in 8 different homes growing up in 25year of my Life before becoming an adult.

—(76)—

INMATE REQUEST SLIPS

From: Brian Vasquez   To: Kacey   Sent on 2/12/2020
Request: Please Post for indigent Posting to:
Pennsylvania Prison Society, Director John Hargreaves
1280 Clover lane Harrisburg, Pa 17113. forward
to business office for indigent Posting. Reply:
Sent to business today 2/12/2020

From Brian Vasquez   To: PrimeCare   Sent on 2/22/2020
Request: I am ordering PrimeCare to take me
"Out" take me off Zoloft. I'm getting headaces
caused by the Zoloft Staying with yellow copy
prime care Staff don't reply to inmate request.

On 2/28/2020 I recieved a reply corrospondance
and the hope that I once had after reading
the Pennsylvania Prisons society's misson state-
ment was shot down and states;

Dear Mr. Vasquez                    2/28/2020

You asked for a formal letter addressing all
the issues you raised in your letter. If you
want to draft such a letter and send it to
me please do so. As of now I am not sure
exactly what this letter should say.
Also You ask for a PPS grievance procedure.

(77)

Feel free to write your grievance in any fashion you choose and send it to Joshua Alvarez at our Philadephia office.

Truly, John Hargreaves  Pennsylvania Prison Society 1280 Clover lane Harrisburg, PA 17113.

Personal Note: It wasn't until Oct 25, 2020 that I was able to file a grievance with Joshua Alvarez. I shouldn't be the one telling the Pennsylvania Prison Society what to write. I sent them numerous correspondances that could of gave him a summary of what to write. I wanted some one elses perspective, outside reading in and replying, which again shows how our society's ignorance causes us to ignore whats really happening behind bars. We have a voice and its time we start to Literately Start to voice it, with evidence and after we done our homework in the law and Fight against the System. As of now I'm waiting to hear back from Joshua alvarez.

Now the grievance that I will touch upon has been sent to Dauphin County Prison Board mailed pursuant the outdated handbook, it was sent to the Dauphin County Prison Board of Inspectors Chairman, Director of Correction Brian S. Clark,

Warden Gregory Briggs. The original grievance is 30 pages long and was done before I was sent to Work Release. However, due to a policy of the Right-to-Know Act, and other policies of DCP, all grievances must be paid for to recieve another copy. Due to a policy of Both Work Release and Dauphin Prison if a inmate is released to the work release program he/she cannot take any legal papers, grievances or prison related materials back to DCP if remanded. 5 grievances before and after were not given a judgement or decision in which they can be appealed therefore, pursuant to the outdated inmate handbook of 2002 and 2004 my grievance is deemed exhausted. All the pages are missing due to a Jail wide shake down on the negligence of the Director of Corrections Brian S. Clark to control the smoking of Synthetic and marayuana brought in by Correctional officers and the multiple deaths including the brutal beating by Correctional officers that has caused some of the deaths. Consequently, Director Clark Violated the Jail wide Inmates constitutional rights by taking away legal papers, books, bibles, tablets, papers, pencils, envolopes, grievances. Correctional officers were allowed to take every thing away and do with the inmates property

as they felt they wanted. The grievance states
as followed sent on the month of febuary 2020;

Dauphin County Board of Inspectors - Grievance
Inmate: Brian Vasquez Inmate # 84917 B-V888
　　　　　On all my grievances sent to administration,
and warden of Dauphin County Prison. All sought
to dismiss the matter, Claim it to be without
merit, based their review to have rendered
adequate medical attention, or matter settled.
I will start my brief with the following on the
subject matter.
　　　　　I seek to remedy certain conditions and
practices in the prison, alleging that numerous aspects
of our confinement violate our equal protection
and due process of law and constitutes cruel and
unusal punishment. We as a whole "Under Confine-
ment" complain, of inter alia, of over crowding;
Inadequate classfication systems; Unsanitary
Living Conditions; Inadequate medical care;
Restrictive access to the Courts for indigent
Inmates; Restrictive access to books or religious
worship and articles; Payment for religious
apps on standard and premium accounts on
GTL Tablets from Inmates when service not working.
I allege that Correctional officers take away
gym, the rec yard is a Ghost where only the

-(80)-

hogs enjoy the fresh air and yard. The Dauphin County Prison Board of Inspectors has approved a policy for financial responsibility, under which fees are charged to inmates for room and board, certain medical services and medications, and services. The financial responsibility, policy also includes funds to be deducted from an inmates account as restitution for damages, defacing, or destruction of Dauphin County Prison property.

Subsection 'A'. Room and Board States; at the time of release, Room and Board Charges will be assessed on all inmates incarcerated at Dauphin County Prison. The Inmate will be billed $10.00 for each day spent in the Institution, begining with the date on which the the Inmate was sentenced. The per diem rate will increase by $5.00 for each commitment period the first commitement.

Furthermore, Delinquent accounts will be turned over to a collection agency. Balance not Satisfy through a collection agency will be recorded to the inmates permanent record. An inmate who has prevously been Incarcerated in Dauphin County Prison, was released with an outstanding balance, and is committed again to DCP, will be required to pay any outstanding balance on record. Therefore, at the time of recommitment,

-(81).-

Inmates will be assessed 100% of any money of their possession. Thereafter, when money is recieved at the prison for an Inmate after recommitment, 50% is applied to the negative balance and 50% is placed into his/her Commissary account for Inmate use. When a Inmate is returned to DCP from WRC, it takes their business office a few days to send a check for moneys due that Inmate; however the check is considered to be funds in the possession of the inmate the day he was returned and 100% of that check is applied to the inmates outstanding balance.

Claim: IF States or federal Grants are given to prisons and jails, inmates shouldnt be obligated to pay such a debt. Furthermore, taking money out of our Commissary account, Siezing any cash we have upon commitment or returned from Work release center would be deemed unconstitutional. Also debiting us anything we arent in agreement to pay, or sending to Collections any debt Incurred upon our unwilling Incarceration would be a violation of our civil rights. Bieng part of the Work Release program Is still considered like bieng Incarcerated in Dauphin County Prison. The Inmate Isn't released from Work Release until the release order is sent to Dauphin County Prison. So how is

(82)

bieng Knocked down from Dauphin County Work Release considered a new commitment, and Dauphin County Prison entitled to 100% of the Inmates hard earned money. I feel that this violates the civil and Constitutional laws of Pennsylvania And the United States.

Claim: If we the inmates threw allocation of inmate funds, and our repayment for our commitments at DCP are paying for a Service. Why arent we able to utilize the rec yard. This not only constitutes punishment Under 14th Amendment but also Cruel and Unusal Punishment under the 8th Amendment of the United States Constitution. Isnt this what we are paying for arent we. Wheres all the funds bieng allocated to, on top of the money State, or feds give DCP.

Dauphin County Prison Shouldnt be called a Prison, due to Dauphin County Prison not bieng ran and governed by the Same Rules, Policy's and Regulation's as a state or federal Prison or institution. This reflects more on how Inmates are bieng over worced and under paid and Just get room and board not charged. The functions of Dauphin County Prison is different from federal, State Prisons and Institutions. Therefore, how can Dauphin County Prison Claim

(83)

The Complaint/Grievance further allege that following conditions exsist at Dauphin County Prison in which should be called Dauphin County Jail. Violant Inmates are housed with Non-Violant Inmates. Ventilation is poor, heating in winter months is often insufficent and hot water is frequently unavaibble, or at times water is scatching hot. Some blocks are way to cold or way too hot and nothing is done about it. Inmates who cannot afford under gardments must go without. As a prison these items should be provided to Inmates threw the allocation of Inmate funds. Not only do plumming fixtures operate dificently, if guards arent available, Inmates are left In 20 hours confinement to endure health and unsanitary Living conditions. In addition, toliets are located close to and In open view of where we eat in our cell, the denial of cleaning products not only to clean our cells but also taken out of Commissary for clothes, per Director Brian S. Clark its un-sanitary to wash where "we" "cook" our food; over looking that our wall mounted or toilet is attach or inches away from our sink, which it in it self makes the whole cell unsanitary Living and eating condition. The courts is not to usurp the role of the Jailer, however it cannot abandon its role as a proper forum for

(84)

adjudication of rights of prisoners. It is the responsibility of Prison officals to tackle Unsanitary living conditions even if its caused by other Inmates.

Furthermore, it is constitutionally required that prison officals protect prisoners from violant prisoners, not take part in initiating retaliation to be Inflicted by release of information of a inmates charges to other inmates. This Causes a prisoners life to be at risk, by information exposed to other inmates. This in return leads to cruel and unusal punishment to be inflicted by correctional officers disclosing the information.

Also poor ventilation and the way the heating, and cooling systems work, Inmates on top levels are roasting while those on ground levels are cold, The showers are filty and moldy and Stink, Shower Curtains are covered with slim and Grime, and so are the walls and handles of the showers. Corrosion and chipping laywers of paint in cell walls and in Dayroom walls makes cleaning impossible. There is rodent and cockroach infestation that poses a danger to Inmates health. It is evident that the continued health code violations in the kitchen where trays of buscuits and Cakes are put in Aramark offices, tracks of Mice or rodents

Can be sawn as if they ran accross the cake. We are advised by aramark to repowder and serve the cake. Or where Instances when we be making food and a roach would fall into the batch and we are ordered by aramark personnel to keep stiring and the roach ultimately becomes part of our meal. The major health code violations in the kitchen has mounted to food trapped under the cooking equipment and some areas to be very unsanitary and cross contaiminated.

## PrimeCareInc

It is now firmly established that PrimeCare maybe held directly liable for failure to oversee all persons prividing patient care as well as for failing to adopt/enforce rules and policies adequately to ensure quality care. Those are all non-delegable duties own directly to the patient. Thus, when health care institutions act (or fail to act) with intentional or reckless disregard for a patient's health and welware, they may be held for punitive damages.

When viewing all the evidence in the light most favorable to the Plantiff, no reasonable jury could find Prime Care's Conduct sufficently recklessly indifferent, so as to warrant punitive damages under pennslyvaina state law...

86

I DISAGREE.....

I will introduce more than sufficent evidence to support my claims for punitive damages. From the moment I entered Dauphin County Booking Center and Dauphin County Prison. Inadequate care was rendered by PrimeCare, every person who interacted with me or was involved in my "care" violated policies and procedures to ensure proper communication and patient Saftey. It is obvious that with evidence of policies ignored, medical records not reviewed, medical orders not followed, notice not given to patient of med change (Dosage), PrimeCare's high demand for psyc Doctors and mental health Staff, primecare ignoring nursing staff complaints about insufficent Staffing and doctors not visting Dauphin County Prison sufficently frueguently. Would be evidence enough to clearly be sufficent to allow a reasonable jury to conclude that PrimeCare recklessly disregarded my welfare and Saftey.

Viewing the evidence, I conclude that PrimeCare is a company that regularly misrepresents its operational Structure, fails to Supervise its staff, and takes affirmative Steps to mislead the public and the Government. Therefore, with evidence I concluded that

(87)

PrimeCare's actions were "of such an outrageous nature as to demonstrate Intentional, willful, wanton, or reckless conduct".

I will bring a claim of negligence against PrimecareInc. See primecare could be held Liable under any of the following three theroles of negligence, 1) Respondent Superior, (2) Liability for its independant Contractors, and/or, (3) Direct Corporate liability. I allege that PrimeCareInc et al., and Dauphin County Prison et al, were "diliberately Indifferent" to the inmate's mental/Psycological medical needs. I assert 4 Seperate Causes of Action. Two federal and 3 State; (Count 1 and 3) Cruel and Unusal punishment under the 14th Amend.; (count 2) Intentional Infliction of Emotional distress; (Count 4) medical Malpractice. I will state before those who I hold accountable claim, that I failed to State a claim under 42 U.S.C. §1983 and that Simple Claims for medical Malpractice Should not be turned into claims for Constitutional Violation Just because the victim is a prisoner.

PrimeCareInc, Knew of my need for mental/Psycological medical need, but did nothing. The claims arised from allegations that PrimeCare and Dauphin County Prison Knew of my psycolocial mental health State. Prime Care failed to review patient Charts exposing the patient to the risk of

(88)

Suicide mind frame. If upon review of my medical chart PrimeCare could of saw psyc-Internversion and Suicide monotoring, and the psyc-meds prescribed by Dr. Martin. Dauphin County Prison Director of Corrections Brian S. Clark, DCP P.5 Case worker Jill, Nurse Kayla, Nurse Donna, CO Myers, Director of Nurses Angela, Director of PrimeCare Dr. Hoffman all knew my situation and also through unanswered appeals or my release from Incarceration, these grievances which were multiple were filed with the medical department and prison administration.

Therefore, all acted with diliberate indifferent to my psycological needs of the Inmate. Thus violating his right to be free from Cruel and Unusal punishment under the eighth amendment and/or violated my due proccess rights under the fourteeth Amendment. The contours of the law in this area area well-defined: "While the Eighth Amendment does not apply to pretrial detainee, the due process clause of the fourtheeth amend ment does provide me with the right to adequate medical mental health treatment, that is analogous to a prisoners right under the eighth Amendment.

Therefore, Under Pennslyvania State law "punitive Damages maybe awarded for conduct that is out-rageous because of the Prisons administrations

PrimeCare or Correctional officers evil motive, or his reckless indifference to the rights of others". Accordingly, " a punitive damages Claim must be Supported by the evidence, sufficent to establish that (1) a defendant had a Subjective of the risk of harm to which the Plantiff was exposed and that (2) he acted, or failed to act, as the case my be, in conscious disregard of that risk.

## Dauphin County Prison Administration, Correctional officers and their Subordinates

Dauphin County Board of Inspectors, Prison administrators, Director of Correction Brian S. Clark, Director of treatment John A Addision, Director of Security Roger C. Lucas, Director of Administrator Geoffrey Boblic, WARDEN Gregory Briggs, Correctional officers, Kacey fitz, Jill., all violated my civil and Constitutional rights, and some way and form are trying to Covering it up. I continue by Breaking all the previous Information out lined in this Lawsuit to the Prison board, the Board chairman, the Director Brian S. Clark and recieved no response. However, as of 10/29/2020 the prison is on lock down due to them Changing out old air units. I wish I could take pictures of this as the Units are broken down rusted and are very poor in apnearance and only can

( 90 )

explain all that I alleged in the grievance that went un-answered. The prison is hiding behind Saftey when it declared a lock down. Correctional officers are not bring in cleaning supplies our cells are filthy. Our recreations have ceased we are left to endure cruel and unusal punishment. Captains, Lt's, Sgt's, are all unknown to what is the lock down about. The Prison administration has a very high repore of hiding and not working with the staff and correctional officers. Commnication is 10% to none and we are the ones to suffer cruel and unusal punishment, and 14th Amed-mend violations. The work is breng done outside and inmates dont have access to outside, yet our recreation for 2 hours is taken away, the cleaning supplies arent brought to the block and no one knows nothing. These are the harsh Conditions that have me depressed and not wanting to continue to fight or continue to write grievances that go Ignored, and although I will not kill myself some times the over welming thought comes into my head. This administration has caused me so much greif that I cry in rage every night. Some times I dont get out of bed and Just cry And look at a Picture of my 14 month old Son and hold my bible and ask GOD what did

(91)

I do so wrong to deserve this outrageous punishment. A request slip went out to the Warden Briggs on Condition of Confinement on the Cleaning Supplies and the recreation, this is the 2nd day and havent heard anything back from WARDEN Briggs.

~ Grievance Concluded ~

Inmate Request Slips

From: Brian Vasquez  To: PrimeCareMedicalInc  Sent on 3/2/2020
Request: I Spoke to my psyc Doctor about Zoloft that I dont want to no longer want to take it. The doctor added buspar and visteral and told me She was taking me off Zoloft. I've Sent 3 request Slips no reply. Also having pain in my mouth due to my wisdom teeth coming threw. Staying with yellow copy my request dont get returned.

From: Brian Vasquez  To: Kacey  Sent on 3/2/2020
Request: ① I need the address to PrimeCares patient records. ② Please Confirm the address to CMU and merakey please. ③ Who do I Speak to to obtain my medical records here at the prison, I'm indigent Unable to pay,.... Reply: ① 3940 Locust Lane, Harrisburg, Pa 17104. You already have the address to Merakey, you sent them a letter today. ③ You will have to discuss this with your attorney. Recieved on 3/3/2020 by Kacey Fitz.

(92)

From: Brian Vasquez To: Kacey Sent on 3/2/2020
Request: Please Send to the business office for
indigent posting to: Merakey Behavior Health Records,
1100 S. Cameron St. Harrisburg, Pa 17104, and to:
Pinnacle Health Emergency Dept Records, 111 S.
Front St. Harrisburg, PA 17101, Reply: Done,
Recieved on 3/3/2020, by Kacey Fitz.

From: Brian Vasquez To: Kacey Sent on 3/5/2020
Request: I was scheduled a trial at DJ Lenkers
at 2125 Paxton Church Rd, on March 2, 2020. I
was brought to my attention that trial was held
but I failed to appear, However I'm incarcerated
here. Please I am asking for information I'm
indigent without resources, like envolopes to send
to inquire please help please. Reply: You have
been on DI since 1/23/2020, you have had access
to order and indigent Kit with envolopes to
write them. Recieved by Kacey on 3/6/2020

Note: This was the start of the diliberate indifference,
denial and neglect to assist a indigent inmate
with matter dealing with his confinement. Indigent
Kits carry 4 pieces of white paper, a 3 inch
pencil and 2 envolopes bi-weekly. Also noting
that the case that I was bieng denied access
to the court to, took precedent because it was

(93)

at the higher court and the minor Summary charge was still an unlawful Judgement entered by a minor judiciary Court. I will continue to show the denial and injury.

On 03/02/2020 I sent a letter to Merakey behavior health Stating the following;

AttN: Merakey Behavior Health
C.C : Merakey Behavior Health therapist.
From: Brian Vasquez  DOB 10/08/1995   SS# 4122
Incarcerated at Dauphin County Prison  501 MALL Rd. Harrisburg, Pa 17111.

I am a Indigent Inmate Incarcerated at Dauphin County Prison. I am in need of Some records, I was Incarcerated at Dauphin County Prison and Work Release Center. The documents needed are Med order list from my chart and my appt record log Sheet. I also need a Itemize list you sent to prime Care Inc at Dauphin County Prison, on my records requested. Please Send me a execution order of release of information along- side a grievance from your office.
    I am requesting these documents because I'm filing a (1983) Civil lawsuit against Dauphin County Prison et,al. These documents are urgently

needed.

Please send all documents to Dauphin County Prison
to: Brian Vasquez Inmate # 84917, 501 MALL Rd.
Harrisburg, Pennsylvania 17111.
B Vas Brian Vasquez   3/2/2020

On 3/23/2020 I recieved the following stating;

Hello Brian,

I recieved your letter request for your records however
I would need you to complete the forms I included
in this letter. I have highlighted the areas that must
be completed before any records can be released.
Also please be advised that I cannot honor your
request for an itemized bill, that is something you
would need to get from your insurance company.

You are also requesting a grievance form to file a
lawsuit against Dauphin County and unfortunately,
I cannot honor that request because our forms
reflect Merakey only. You would have to take
other measures on filing a lawsuit against them.
Per your letter we are sending them to Dauphin
County Prison so please be sure to include them on
the release in the release to section highlighted.
Thanks, Patricia Robinson Administrative Supervisor.

(95)

Shortly after I sent Ms. Robinson a reply correspondance back stating the following;

TO: Merakey Behavior Health
C.C. Patricia Robinson, Administrative Supervisor
From: Brian Vasquez, Incarcerated at Dauphin County Prison 501 MALL Rd. Harrisburg, PA 17111.

Ms. Robinson,
        This is Brian Vasquez, remember when I was at CMU outside early in the morning. You allowed me to come in and sit until you got me a intake and I met with a social worker. At the end of my intake session, I asked you if I could be provided with a Med log, and my Appointment history log with appointments attended and not attended. I explained to you the incident with the Work Release Center. I stated that they neglected to advise me of a med change, they failed to get me medical Emergency attention, when I came to them about food poisoning and asked whats policy. Based off I inquired, why havent my psyc Doctor Doctor Tyeb havent changed my meds. The nurse stated that my prescription was sent to steelton pharmacy and they are awaiting pick up. The nurse indicated that she called work Release, talked to Probation officer Supervisor Adrian about the med change

(96)

by the Doctor. However, My Meds were never recieved by Work Release Staff. These documents Ms. Robinson are very important to me for a lawsuit I am filing against Dauphin County Prison, Dauphin County Male Work Release. Ms. Robinson I recieved your letter at Dauphin County Prison around 3/31/2020, you indicated in your reply correspondance you could not honor my request for a itemized bill. I am well aware that that would come from my insurance and not Merakey. You continued by stating I asked you for a grievance form to file a lawsuit against Dauphin County. I expressed in a formal letter to please provide me a copy of Merakey's grievance System, procedure and form. This will allow me to raise a claim of Neglect. Wherefore, Merakey will not want to be held civilly Liable. Therefore, Merakey will produce me with a furnished document indicating their administrative findings on the issue alleged. This in return will show in a preponderance of evidence that Dauphin County Work release Neglected my mental health. Ms. Robinson I need a Schedule history of appointments Scheduled attended and no show, also I need a copy of my med list log that indicates the meds prescribed, where sent (Pharmacy), and Dosage. Ms. Robinson, I waited 3 hours for Merakey to open, cold and alone I waited. You, let me in I indicated that

(97)

I'm from Work Release. That same day I was remanded back to Dauphin County Prison for failure to do a court ordered Drug & Alcohol in house per President Judge not my sentencing Trial Judge. I been through a long journey through incarceration and parole. I seek help to change my life, but as I feel im progressing I get knocked down for no reason. So please provide me with a grievance form so I could start to gather information that will relieve Merakey from civil liability, and help me gather Evidence to show malicious intent to deprive me with a gainful reentry to society. Ultimately to hold State officals accountable for their wrong doing.

Ms. Robinson thank You I appreciate you taking the time to reply to my correspondance. Please please provide me a copy of this Correspondance along with the first one I sent you

Respectfully Submitted,

COPY AND RETURN

Brian Vasquez

P.S Dauphin County Work Release Administration stated that Merakey neglected my mental health and my allegations of headaces, and my request for med change, Furthermore WRC stated Merakey Never called WRC to advise of Med Change and Pickup.

(90)